JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LARRY TRIPP, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 8:20-cv-01940-JDE <br><br> JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: March 04, 2022

_____
JOHN D. EARLY
United States Magistrate Judge